IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

FILED
12 FEB 21 AM 9:45
MICHAEL R. MERZ
UNITED STATES
MAGISTRATE JUDGE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs | ) Case No. 3:10CR199 |
| PHILLIP R. GARBARK | ) |

## ORDER TERMINATING PREJUDGMENT PROBATION

The above named was placed on prejudgment probation on March 11, 2011, for a period of 1 (one) year. Based on the recommendation of the U.S. Probation Officer and for good cause shown it is hereby ordered that the defendant is discharged from prejudgment probation supervision and that the proceedings in the case be terminated.

Dated this 21st day of February, 2012

Michael M. Merz
United States Magistrate Judge